

January 5, 2024

*Via* ECF
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael Anderson*, 23 Cr. 595 (JPC)

Dear Judge Cronan:

    At the initial conference in the above-captioned case in November 2023, the Court directed the parties to submit a status update letter on or before January 5, 2024. The parties respectfully and jointly submit this letter to advise the Court that significant plea discussions are ongoing, and the parties intend to continue those negotiations in the near term. In connection with these negotiations, there may be a request from the defense for additional discovery from the government, which the government has agreed to produce, if so requested. Additionally, I am currently on trial in the New York State Supreme Court, Bronx County – Criminal Term in *People v. Nahjim Luke*, Ind. CR-0492-2020, and will need additional time to accommodate these conversations, pursuant to my schedule. Accordingly, if it is acceptable to the Court, the parties jointly propose to contact the Court by January 31, 2024, regarding next steps.

    Thank you for the Court's consideration at this time.

                                     Respectfully submitted,

                                     /s/

                                   Aaron Mysliwiec
                                   *Attorney for Michael Anderson*

cc:    All counsel (via ECF)

The request is granted. The parties shall file a joint status update on or before January 31, 2024.

SO ORDERED.
January 8, 2024
New York, New York

                                   JOHN P. CRONAN
                                   United States District Court Judge