

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2024

**BY ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan U.S. Courthouse
New York, New York 10007

   Re: *United States v. Gregory Gumucio, Michael Anderson, and Haven Soliman*,
      23 Cr. 595 (JPC)

Dear Judge Cronan:

  A pretrial conference is currently scheduled in this case for Tuesday, February 6, 2024, at 1:00 p.m. The parties jointly and respectfully request an adjournment of that conference for approximately 45 days. This is the parties' first request for an adjournment. By way of brief updates: The Government has issued a (pending) plea offer to defendant Gumucio and intends to produce certain material to him in the near term; the Government has had meaningful negotiations with defendant Anderson, which the parties intend to resume in the near term, following the conclusion of a trial that Anderson's counsel is engaged in; and the Government has produced more than one Terabyte of discovery to defendant Soliman. Accordingly, the requested adjournment will permit (as the case may be) the review of discovery and/or discussions about potential pretrial resolutions. On these bases (*i.e.*, discovery review and ongoing plea negotiations), the Government respectfully requests—with the consent of all three defendants—a corresponding exclusion of time pursuant to the Speedy Trial Act, until the next conference date. *See* 18 U.S.C. § 3161(h)(7)(A). Please let us know if any further information would be useful at this time.

The request is granted. The status conference is adjourned to March 27, 2024, at 9:30 a.m. The Court will exclude time until March 27, 2024 under the Speedy Trial Act to allow the defense to review the discovery and to allow the parties to engage in discussions about potential pretrial resolutions. The Court finds that the ends of justice served by that exclusion outweigh the best interest of the public and the Defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Clerk of Court is respectfully directed to close Docket Number 161.

SO ORDERED.
January 29, 2024
New York, New York

*JOHN P. CRONAN*
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By: _____
  Michael D. Neff
  Assistant United States Attorney
  (212) 637-2107