```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA,                                               :
                                                                        :
        -v-                                                             :
                                                                        :         23 Cr. 595 (JPC)
MICHAEL ANDERSON,                                                       :
GREGORY GUMUCIO,                                                        :         PRETRIAL ORDER
and HAVEN SOLIMAN,                                                      :
                                                                        :
                                Defendants.                             :
                                                                        :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Trial is scheduled to begin in this matter on January 13, 2025. The parties must familiarize themselves with Part 7 of the Court's Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is October 15, 2024. The deadline for Defendants' expert disclosures pursuant to Rule 16(b)(1)(C) is November 14, 2024. The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by November 19, 2024. By December 3, 2024, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* shall also be filed by December 3, 2024, with oppositions due December 10, 2024.

The Court will hold a Final Pretrial Conference on January 7, 2025, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: April 24, 2024
      New York, New York

                                              JOHN P. CRONAN
                                          United States District Judge