

January 27, 2025

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted.  The deadline for the second disclosure of Mr. Anderson's PSR is adjourned to March 12, 2025.

SO ORDERED
January 28, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

    **Re:**    *United States v. Michael Anderson,* 23-CR-595 (JPC)

Dear Judge Cronan:

    Mr. Anderson is scheduled for sentencing before this Court on April 9, 2024. The second disclosure of his PSR is currently due on February 2, 2025 (*see* ECF 210).

    I am respectfully requesting an additional adjournment of the deadline for Mr. Anderson's final PSR disclosure to March 12, 2025. The reason for this request is that the Government, through AUSA Rushmi Bhaskaran, is currently engaged in trial preparation and would benefit from additional time to consider the amendments that defense counsel has provided to Probation.

    I have also conferred with the U.S. Probation Department, through Officer Stephanie McMahon, who consents to this request.

    Thank you for the Court's consideration.

    Respectfully,

    /s/

    Aaron Mysliwiec
    *Attorney for Michael Anderson*

cc:    AUSAs Rushmi Bhaskaran & Michael Neff, *via ECF*
       P.O. Stephanie McMahon, *via Email*