

June 18, 2025

**<u>*VIA* ECF & EMAIL</u>**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The request is granted. The sentencing currently scheduled for July 7 is adjourned to September 5, 2025, at 10:00 a.m.

SO ORDERED
June 19, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

  **Re:**   *United States v. Michael Anderson,* **23-CR-595 (JPC)**

Dear Judge Cronan:

  I write on behalf of Michael Anderson, my client in the above-captioned case, who is scheduled to be sentenced before this Court on July 7, 2025, at 10:00 a.m.

  I respectfully request that the Court adjourn Mr. Anderson's sentencing date by approximately 2 months to roughly the same period as his co-defendant Ms. Soliman. The preferred dates for the defense are as follows:

- Thursday, September 4, 2025 - morning
- Friday, September 5, 2025 - morning

I also respectfully request that the submission deadlines be adjourned accordingly, pursuant to the Court's individual rules and practices.

  The reasons for this request are that (1) the defense would like additional time to prepare Mr. Anderson's sentencing submission and corresponding letters; (2) Mr. Anderson, himself, needs additional time to meet obligations set forth in the plea agreement; and (3) Mr. Anderson's aging parents have continued to need increased care and support, and he is hoping to have a couple more months to focus on addressing these needs. As mentioned previously, regarding the second reason, the services Mr. Anderson's parents require must be performed in-person, and Mr. Anderson is the only one of their children who remains nearby in Washington to help.

  Accordingly, I respectfully request that the Court adjourn Mr. Anderson's sentencing to one of the proposed dates at the beginning of July. The government, through AUSA Rushmi Bhaskaran, has indicated the government has no objection to this request.

  Thank you for the Court's consideration.

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Michael Anderson*

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com