UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                                                     :        23 Cr. 595 (JPC)
:
GREGORY GUMUCIO,                                                        :          ORDER
:
Defendant.                                                              :
:
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Sentencing in this matter is scheduled for June 30, 2025. At sentencing, the Government should be prepared to explain the calculations behind two figures:

1) the approximate tax loss of $2,050,038, *see* Dkt. 218 ("PSR") ¶ 64, used to calculate the base offense level pursuant to Sections 2T1.1(a)(1) and 2T4.1(I) of the U.S. Sentencing Guidelines, *see id.* ¶ 74; and

2) the aggregate tax deficiency of $1,018,068, which serves as the basis for the stipulated restitution amount, *see id.* ¶ 3(l) & n.1.

The Government may additionally submit a letter in advance of sentencing that addresses these calculations.

SO ORDERED.

Dated: June 27, 2025
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge