

September 19, 2025

**<u>VIA</u> ECF & EMAIL**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Michael Anderson,* 23-CR-595 (JPC)

Dear Judge Cronan:

      I write on behalf of Michael Anderson, my client in the above-captioned case, who is scheduled to be sentenced before this Court on October 2, 2025, at 2:00 p.m. ECF 257. Mr. Anderson's bail conditions restrict travel to the Southern and Eastern Districts of New York and the Western District of Washington. ECF 13.

      I respectfully request that the Court permit a modification of Mr. Anderson's bail conditions to permit travel from his home in Washington to Scottsdale, Arizona, from Tuesday, September 23, 2025, to Saturday, September 27, 2025. The reason for this request is that Mr. Anderson plans to attend a brief family trip. During this period, he plans to stay at an address known to both U.S. Pretrial Services and the government.

      The government, through AUSA William Kinder, has indicated they have no objection to this request. Officer Mike Munsterman, U.S. Pretrial Services Officer out of the Western District of Washington, has indicated that he consulted with the SDNY pretrial office and that neither office takes a position on this request. Mr. Anderson has been permitted by this Court to travel on various occasions and has done so without incident.

      Thank you for the Court's consideration.

The request is granted. Mr. Anderson's bail conditions are modified to permit him to travel to Scottsdale, Arizona from September 23, 2025 to September 27, 2025, to attend a family trip, provided that Mr. Anderson provides Pretrial Services with a detailed itinerary prior to the trip. The Clerk of Court is respectfully directed to close Dkt. 265.

SO ORDERED
September 19, 2025

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Michael Anderson*

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com