

October 7, 2025

**Defendant's requests that the Court extend his voluntary surrender date to February 15, 2026, and recommend a designation at the Federal Prison Camp Pensacola are granted. These changes will be reflected in the judgment of conviction. The Clerk of Court is respectfully directed to close Dkt. 270.**

**SO ORDERED**
**October 7, 2025**



JOHN P. CRONAN
United States District Judge

**VIA ECF**
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Michael Anderson,* 23-CR-595 (JPC)

Dear Judge Cronan:

I am writing regarding my representation of Mr. Anderson in this case. On October 2, 2025, Mr. Anderson was sentenced before this Court to a 24-month term of imprisonment to be followed by 3 years of supervised release. At sentencing, Mr. Anderson requested that the Court recommend to the BOP that he serve his time at the Camp at FCI Sheridan in Oregon and that he be permitted to voluntarily surrender to his assigned institution in January 2026.

Following his sentencing, Mr. Anderson respectfully amends these requests based on family feedback he has received regarding their potential to visit his assigned institution and other pre-existing, family obligations. First, Mr. Anderson would instead request that the Court recommend the Camp at FCI Pensacola, in order to accommodate family visits from his daughter and son, who live in Florida and are interested in visiting as frequently as possible while he is incarcerated. Additionally, based on Mr. Anderson's wife's job responsibilities and travel schedule—she is expected to travel to visit her parents out of the country for 3 weeks in January 2026, she has asked Mr. Anderson to respectfully request a month-long adjournment of his surrender date, to February 15, 2026, to ensure Mr. Anderson is available to take care of family matters while she is away.

The government, through AUSA William Kinder, has indicated that it has no objection to Mr. Anderson's proposed requests.

Thank you for the Court's consideration.

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Michael Anderson*

cc: All parties of record, *via* ECF

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com