

December 2, 2025

<u>*VIA* ECF & EMAIL</u>
The Honorable John P. Cronan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Michael Anderson,* **23-CR-595 (JPC)**

Dear Judge Cronan:

      I write on behalf of Michael Anderson, my client in the above-captioned case. Mr. Anderson's bail conditions restrict travel to the Southern and Eastern Districts of New York and the Western District of Washington. ECF 13.

      I respectfully request that the Court permit two, temporary modifications of Mr. Anderson's bail conditions to 1) permit travel from his home in Washington to Big Bear Lake, California from Friday, December 5, 2025, to Sunday, December 7, 2025, and 2) permit travel from Washington to Miami, Florida, from Tuesday, December 9, 2025, to Saturday, December 13, 2025. The reason for these requests is that Mr. Anderson plans to visit friends and family to celebrate the holidays. During this period, he plans to stay at the residences of his friends/family and has indicated that he will provide his final flight information and trip logistics to USPO before he departs.

      The government, through AUSA William Kinder, has indicated they have no objection to these requests. Officer Mike Munsterman, U.S. Pretrial Services Officer out of the Western District of Washington, has indicated that he does not endorse recreational travel at this time. In the past, Mr. Anderson was permitted by this Court to travel on various occasions and did so without incident.

      Thank you for the Court's consideration.

The request is granted.  Mr. Anderson's bail conditions are modified to permit him to travel to Big Bear Lake, California and Miami, Florida from December 5, 2025 to December 7, 2025 and December 9, 2025 to December 13, 2025, respectively, provided that Mr. Anderson provides Pretrial Services with a detailed itinerary prior to the trip.  The Clerk of Court is respectfully directed to close Dkt. 281.

SO ORDERED
December 4, 2025

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/s/

Aaron Mysliwiec
*Attorney for Michael Anderson*